BEGLEY LAW FIRM, PLLC
P.O. Box 287
Jackson, MS 39205

**CHARLES ALLEN V. SOUTHERN ELECTRIC CORPORATION OF MISSISSIPPI, JOSEPH CHAD MCDILL and ENTERGY SERVICES, LLC**

**EXPENSES**

| | |
|---|---:|
| Scott County Sheriff, service of process on Defendant Joseph Chad McDill | $45.00 |
| Rankin County Circuit Clerk filing fee | $161.00 |
| **Total:** | **$196.00** |

**EXHIBIT "A"**