IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                         CHAPTER 7
CHARLES EDWARD ALLEN                        CASE NO. 24-00887-JAW

**ORDER APPROVING TRUSTEE'S APPLICATION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF NECESSARY
<u>EXPENSES OF ATTORNEY FOR SPECIAL PURPOSE</u>**

**THIS MATTER** came on for the Court's consideration on the *Trustee's Application for Allowance of Compensation and Reimbursement of Necessary Expenses of Attorney for Special Purpose* [Dkt. # _____] filed on behalf of *Begley Law Firm, PLLC*. The Court, after notice and no objections having been filed, does hereby find, as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED AND ADJUDGED** that the amount requested in the application filed on behalf of *Begley Law Firm, PLLC* for legal services rendered in this matter in the amount of $9,999.00, plus expenses in the amount of $196.00, for a total of $10,195.00, is approved and may be paid from the available funds of the estate.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006; Fax: (601) 949-4002
E-Mail: eshaffer@eshaffer-law.com